UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY MARANO COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 16-cv-02051 |
| vs. | ) |
| | ) Judge: Samuel Der-Yeghiayan |
| JOE CAPUTO & SONS, INC. a/t/a JOE | ) |
| CAPUTO #1 a/t/a JOE CAPUTO #1 – DES | ) Magistrate Judge: Jeffrey T. Gilbert |
| PLAINES, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER APPROVING SETTLEMENT**
**AND DISTRIBUTION OF ADDITIONAL AVAILABLE ESCROW FUNDS**

This matter is before the Court upon the Receiver's Motion to Approve Settlement and Distribution of Additional Available Escrow Funds [Dkt. No. 94]. After careful consideration of the record, it is,

**ORDERED** that the Receiver's Motion to Approve Settlement and Distribution of Additional Available Escrow Funds [Dkt. No. 94] is GRANTED, and it is further,

**ORDERED** that the proposed distribution of the additional available escrow funds (the "Escrow Funds") as set forth in the Receiver's Motion to Approve Settlement and Distribution of Additional Available Escrow Funds [Dkt. No. 94], is APPROVED, and it is further,

**ORDERED** that the terms of the distributions are in good faith, and that the Court's approval and confirmation is in the best interest of all the parties, and it is further,

**ORDERED** that the Receiver and MB Financial Bank, N.A. are authorized and directed to distribute, directly from the Escrow Funds, $20,000.00 in the aggregate to the PACA Claimants by payment of $15,804.00 to Robert B. Marcus, Esq. and by payment of $4,196.00 to

McCarron & Diess, $30,000.00 to MB Financial, $16,242.43 to MidCountry, $10,000.00 to Arnstein & Lehr, and $20,000.00 to Maksimovich & Associates, P.C., and it is further,

**ORDERED** that the Receiver is authorized to execute any and all documents necessary to effectuate the distribution of the Escrow Funds and distribute the proceeds therefrom.

    **SO ORDERED**

    This the 26 th day of July, 2016

    _____
    Samuel Der-Yeghiayan
    United States District Judge